DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

9 JUNE 2016

| 094PA13-3 | State v. George Victor Stokes | 1. Def's *Pro Se* Petition for *Writ of Certiorari* to Review Order of COA (COA12-810 and COA12-810-2) | 1. Denied |
| | | 2. Def's *Pro Se* Motion for Arrest of Judgment | 2. Dismissed |
| | | 3. Def's *Pro Se* Motion for a New Trial | 3. Dismissed |
| 094P16 | State v. Harold Lamont Fletcher | Def's PDR Under N.C.G.S. § 7A-31 (COA14-1312) | Allowed |
| 095P16 | Cynthia Walker, D.D.S. v. The North Carolina State Board of Dental Examiners | Plt's PDR Under N.C.G.S. § 7A-31 (COA15-337) | Allowed |
| 096P16 | Rodney Hall, Dante Branham, Ehramis Chism, Tyriuq Gordan, M.M. (minor) by his Guardian Ad Litem, Benika Rayford, Benika Rayford, Individually, and Erik Staley v. Michael L. Greene and Mount Zion Christian Academy | Plts' PDR Under N.C.G.S. § 7A-31 (COA15-486) | Denied |
| 097A16 | State v. Thomas P. Knight | 1. Def's Notice of Appeal Based Upon a Dissent (COA14-1015) | 1. — |
| | | 2. State's Notice of Appeal Based Upon a Constitutional Question | 2. Dismissed *ex mero motu* |
| | | 3. State's Petition in the Alternative for Discretionary Review Under N.C.G.S. § 7A-31 | 3. Allowed |
| 098P16 | Robert Fuhs, Sr. v. Summer Fuhs, Constance C. Moore, and Legal Aid of North Carolina, Inc. | Plt's PDR Under N.C.G.S. § 7A-31 (COA15-945) | Denied |
| 099P16 | State v. Daniel Lynn Bowlin | Def's PDR Under N.C.G.S. § 7A-31 (COA15-701) | Denied |
| 104P16 | State v. William Gerald Price | Def's *Pro Se* Motion for Notice of Appeal | Dismissed |